UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TEAM NEW ZEALAND LIMITED,

        Plaintiff,

– against –

SOCIÉTÉ NAUTIQUE DE GENÈVE,
TEAM ALINGHI, S. A., AC MANAGEMENT,
S. A., and ERNESTO BERTARELLI

        Defendants.
------------------------------------------------------------x

RULE 7.1 STATEMENT

Case No.

08 CV 2228

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Team New Zealand Limited (a private non-governmental party) certifies that there is no parent corporation of said party and that there is no publicly held corporation owning 10% or more of said party's stock.

DATED:    March 6, 2008

David Boies
333 Main Street
Boies Schiller & Flexner LLP
Armonk, New York 10504
(914) 749-8200

Philip M. Bowman
575 Lexington Avenue, 7th Floor
Boies Schiller & Flexner LLP
New York, New York 10022
(212) 446-2300