UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TEAM NEW ZEALAND LIMITED.,

                Plaintiff,

          v.

SOCIÉTÉ NAUTIQUE DE GENÈVE, TEAM ALINGHI, S.A., AC MANAGEMENT, S.A., and ERNESTO BERTARELLI,

                Defendants.
-----------------------------------------------------------------x

Case No. 08 CV 2228

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Barry R. Ostrager of the law firm of Simpson Thacher & Bartlett LLP, hereby appears as counsel for Defendants Société Nautique de Genève, Team Alinghi, S.A., AC Management, S.A., and Ernesto Bertarelli in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:      April 23, 2008
               New York, New York

                                       SIMPSON THACHER & BARTLETT LLP

                                       By:  _s/ Barry R. Ostrager_____
                                            Barry R. Ostrager, Esq.
                                            (bostrager@stblaw.com)
                                            Jonathan K. Youngwood, Esq.
                                            (jyoungwood@stblaw.com)
                                            George S. Wang, Esq.
                                            (gwang@stblaw.com)
                                            Laura D. Murphy, Esq.
                                            (lmurphy@stblaw.com)
                                            425 Lexington Avenue
                                            New York, New York 10017-3954
                                            Telephone: (212) 455-2000
                                            Facsimile: (212) 455-2502

                                        Attorneys for Defendants