**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

TEAM NEW ZEALAND LIMITED.,

                        Plaintiff,

                v.

SOCIÉTÉ NAUTIQUE DE GENÈVE, TEAM
ALINGHI, S.A., AC MANAGEMENT, S.A., and
ERNESTO BERTARELLI,

                    Defendants.

-------------------------------------------------------------------x

Case No. 08 CV 2228

**NOTICE OF APPEARANCE**

          PLEASE TAKE NOTICE that George S. Wang of the law firm of Simpson

Thacher & Bartlett LLP, hereby appears as counsel for Defendants Société Nautique de Genève,

Team Alinghi, S.A., AC Management, S.A., and Ernesto Bertarelli in this action and requests

that all subsequent papers be served upon this firm at the address indicated below.

Dated:        April 23, 2008
              New York, New York

                            SIMPSON THACHER & BARTLETT LLP

                            By:  _s/ George S. Wang_____
                                Barry R. Ostrager, Esq.
                                (bostrager@stblaw.com)
                                Jonathan K. Youngwood, Esq.
                                (jyoungwood@stblaw.com)
                                George S. Wang, Esq.
                                (gwang@stblaw.com)
                                Laura D. Murphy, Esq.
                                (lmurphy@stblaw.com)
                                425 Lexington Avenue
                                New York, New York 10017-3954
                                Telephone: (212) 455-2000
                                Facsimile: (212) 455-2502

                            Attorneys for Defendants