UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TEAM NEW ZEALAND LIMITED.,

            Plaintiff,

        v.

SOCIÉTÉ NAUTIQUE DE GENÈVE, TEAM ALINGHI, S.A., AC MANAGEMENT, S.A., and ERNESTO BERTARELLI,

            Defendants.

------------------------------------------------------------x

Case No. 08 CV 2228

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Jonathan K. Youngwood of the law firm of Simpson Thacher & Bartlett LLP, hereby appears as counsel for Defendants Société Nautique de Genève, Team Alinghi, S.A., AC Management, S.A., and Ernesto Bertarelli in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:     April 23, 2008
             New York, New York

                                   SIMPSON THACHER & BARTLETT LLP

                                   By:  s/ Jonathan K. Youngwood
                                       Barry R. Ostrager, Esq.
                                       (bostrager@stblaw.com)
                                       Jonathan K. Youngwood, Esq.
                                       (jyoungwood@stblaw.com)
                                       George S. Wang, Esq.
                                       (gwang@stblaw.com)
                                       Laura D. Murphy, Esq.
                                       (lmurphy@stblaw.com)
                                       425 Lexington Avenue
                                       New York, New York 10017-3954
                                       Telephone: (212) 455-2000
                                       Facsimile: (212) 455-2502

                                   Attorneys for Defendants