**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

TEAM NEW ZEALAND LIMITED.,

        Plaintiff,

        v.

SOCIÉTÉ NAUTIQUE DE GENÈVE, TEAM ALINGHI, S.A., AC MANAGEMENT, S.A., and ERNESTO BERTARELLI,

        Defendants.

------------------------------------------------------------x

Case No. 08 CV 2228

**STIPULATION AND PROPOSED ORDER**

        Defendants Société Nautique de Genève, Team Alinghi, S.A., AC Management, S.A., and Ernesto Bertarelli (collectively, "Defendants") and Plaintiff Team New Zealand Limited ("Plaintiff"), by and through their respective counsel, hereby stipulate and agree that the time within which Defendants may answer, move against or otherwise respond to the Complaint in this action is extended to May 20, 2008. Nothing in this stipulation constitutes a waiver of any rights, remedies or defenses, including, without limitation, lack of personal jurisdiction, with the sole exception that Defendants agree to waive the defense of insufficient process. Assuming service (which will not be contested) was valid, the original dates for Defendants to reply were as follows: America's Cup Management, S.A., April 22; Société Nautique de Genève, April 28; Team Alinghi, S.A., April 29; Ernesto Bertarelli, April 29. The parties have submitted no prior requests for extension and request this extension in order to allow for proper review of the complaint.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

5/1/08

Dated: New York, New York
April 17, 2008

                              SIMPSON THACHER & BARTLETT LLP

                              By _____
                                 Barry R. Ostrager, Esq.
                                 Jonathan K. Youngwood, Esq.
                                 George S. Wang, Esq.
                                 425 Lexington Avenue
                                 New York, N.Y. 10017-3954
                                 Tel: (212) 455-2000
                                 Fascimile: (212) 455-2502
                                 Email:  bostrager@stblaw.com
                                            gwang@stblaw.com
                                            jyoungwood@stblaw.com
                                 **Attorneys for Defendants Société Nautique de Genève, Team Alinghi, S.A., AC Management, S.A., and Ernesto Bertarelli**


                              BOIES, SCHILLER & FLEXNER, LLP

                              By _____
                                 Philip M. Bowman, Esq.
                                 575 Lexington Avenue, 7th Floor
                                 New York, New York 10022
                                 Telephone: (212) 446-2300
                                 Facsimile: (212) 446-2350
                                 Email: pbowman@bsfllp.com
                                 **Attorneys for Plaintiff Team New Zealand Limited**


**ORDER**

IT IS SO ORDERED this ___ day of April, 2008


                                             _____
                                             Honorable William H. Pauley
                                             United States District Judge