UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
TEAM NEW ZEALAND LIMITED,            :
        Plaintiff,                  :  Case No. 08-Civ-2228
                                     :
    v.                                 :
                                     :
SOCIÉTÉ NAUTIQUE DE GENÈVE, TEAM     :
ALINGHI, S.A., AC MANAGEMENT, S.A.,  :
and ERNESTO BERTARELLI,              :
        Defendants.                 :
------------------------------------x

## RULE 7.1 STATEMENT OF TEAM ALINGHI, S.A. AND AC MANAGEMENT, S.A.

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Team Alinghi, S.A. and AC Management, S.A. in the above-captioned action states that neither Team Alinghi, S.A. nor AC Management, S.A. is a publicly traded corporation. Alinghi Holdings Limited is the parent corporation of both. No publicly held corporation owns 10% or more of the stock of either Team Alinghi, S.A. or AC Management, S.A.

Dated: New York, New York
      May 9, 2008

                                    Respectfully submitted,

                                    SIMPSON THACHER & BARTLETT LLP

                                    By: _____
                                       Barry R. Ostrager
                                       Jonathan K. Youngwood
                                       George S. Wang
425 Lexington Avenue
New York, New York 10017-3909
(212) 455-2000 (phone)
(212) 455-2502 (fax)

**Attorneys for Defendants Société Nautique de Genève, Team Alinghi, S.A., AC Management, S.A. and Ernesto Bertarelli**