USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
TEAM NEW ZEALAND LIMITED              :

                Plaintiff,    :        08 Civ. 2228 (WHP)

                -against-   :

NAUTIQUE DE GENEVE et. al.,             :

                Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
TEAM NEW ZEALAND LIMITED              :

                Plaintiff,    :        08 Civ. 4215 (WHP)

                -against-   :

SOCIETE NAUTIQUE DE GENEVE et. al.,   :

                Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for a conference on June 20, 2008, the following schedule is established on consent:

1. Plaintiff shale file and serve its reply brief in support of its motion to remand the 08 Civ. 4215 action by June 25, 2008;

2. Defendants shall file and serve their motions to compel arbitration by July 3, 2008;

3. Plaintiff shall file and serve its opposition to the motions by July 31, 2008;

4. Defendants shall file and serve their replies by August 7, 2008;

5. This Court will hear oral argument on the motions to compel arbitration and on the motion to remand on September 5, 2008 at 11:00 a.m.; and

    6. The parties shall submit a joint letter of no more than seven pages regarding any discovery disputes relating to the motions to compel arbitration by July 8, 2008.

Dated:   June 20, 2008
         New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record*:

Philip M. Bowman
Boies, Schiller & Flexner, LLP
575 Lexington Avenue
7th Floor
New York, NY 10504
*Counsel for Plaintiff*

Barry Robert Ostrager, Esq.
Simpson Thacher & Bartlett LLP (NY)
425 Lexington Avenue
New York, NY 10017
*Counsel for Defendants*