UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TEAM NEW ZEALAND LTD.,                          :
                                                :
       Plaintiff,                               :
                                                :
  – against –                                  :
                                                :
SOCIÉTÉ NAUTIQUE DE GENÈVE,                     :       08-CIV-2228 (WHP)
TEAM ALINGHI, S. A., AC MANAGEMENT,             :
S. A., and ERNESTO BERTARELLI                   :
                                                :
       Defendants.                              :
------------------------------------------------------------x

## PLAINTIFF TEAM NEW ZEALAND'S
## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Team New Zealand, Ltd., by and through its undersigned attorneys, hereby dismisses the above-entitled action with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: October 28, 2008

                    Respectfully submitted,

                    BOIES, SCHILLER & FLEXNER, LLP

                    _____
                    David Boies
                    333 Main Street
                    Armonk, New York 10504
                    (914) 749-8200

                    Philip M. Bowman
                    575 Lexington Avenue, 7th Floor
                    New York, New York 10022
                    (212) 446-2300

                    *Attorneys for Plaintiff Team New Zealand Ltd.*